FILED
HARRISBURG

JAN 0 6 2009

MARY E. D'ANDREA, CLERK
Per_____
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        Criminal No. 08-CR-436-01

             v.                 :

LYNDA D. PHAN                   :

P L E A

AND NOW, this 6 day of January 2009, the within named defendant, hereby enters a plea of  Not Guilty  to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)